UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**URBAN M. CRADDOCK, SR.**             **CIVIL ACTION**

**VERSUS**             **NO. 05-6365**

**SAFECO INSURANCE COMPANY, ET AL**             **SECTION "K"(2)**

## ORDER

On July 14, 2006, the Court had a hearing on plaintiff's Motion for Voluntary Dismissal (Rec. Doc. No. 83). The Court has concluded that this Motion should be **GRANTED**, but because the Court may have jurisdiction over the related case, *Flint v. Louisiana Farm Bureau Mutual Insurance Company,* Civil Action No. 06-2546, the Court will retain jurisdiction over *Flint* until such time as the Court rules on Flint's Motion to Remand.

In deciding Flint's Motion to Remand, the Court will determine whether *Craddock v. SAFECO Insurance Company* "could have been brought..." under 28 U.S.C. § 1369(a) and whether *Flint* was properly removed to federal court pursuant to 28 U.S.C. § 1441(e)(1)(B). The Court has determined that the dismissal of *Craddock* is appropriate at this time and does not find it necessary for *Craddock* to remain pending in this Court while the jurisdictional determinations are made in *Flint.* 28 U.S.C. § 1441(e)(1)(B) only requires that the removing "defendant is a party to an action which or could have been brought...under section 1369" at the time *Flint* was removed to federal

court. Therefore, because Louisiana Farm Bureau Mutual Insurance Company was a defendant in *Craddock* at the time *Flint* was removed to federal court, the Court does not need to retain *Craddock* while it determines whether this Court has jurisdiction over *Flint.*

Accordingly,

**IT IS ORDERED** that Craddock's Motion for Voluntary Dismissal (Rec. Doc. No. 83) is **GRANTED**.

**IT IS FURTHER ORDERED** that because the Court has granted Craddock's Motion for Voluntary Dismissal, Craddock's alternative Motion to Remand (Rec. Doc. No. 88) is hereby rendered **MOOT**.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over Civil Action No. 06-2546, *Flint v. Louisiana Farm Bureau Mutual Insurance Company* until the Court rules on Flint's Motion to Remand (Rec. Doc. No. 8).

New Orleans, Louisiana, this  15th day of  August, 2006.

                                            **STANWOOD R. DUVAL, JR.**
                                            **UNITED STATES DISTRICT JUDGE**